IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00732-LTB

IMAM MUHAMMAD ABDULLAH,

    Plaintiff,

v.

WARDEN BERKEBILE,
A.W. KUTA,
C.O. CASSEL, Religious Officer
A.W. HALL,
C.O. LAWS,
U.M. RENGAL,
C.M. HAWITT,
CAPT. KLINE,
COUNSELOR FOSTER,
SERANA, Kitchen Admin.,
SAMUELS, BOP Director,
C.O. BREAM,
C.O. GONZALES,
C.O. SANDS,
C.O. MEDINA,
C.O. ANDERSON,
P.A. OSAGI,
C.O. NORTON,
HOLDER, Attorney General,
LT. SHORTIS,
C.O. HAND,
TANNER, D.C. Parole Officer, and
CHARLIE LYONS, D.C. Parole Officer,

    Defendants.

---

JUDGMENT

---

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on April 29, 2013, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 29 day of April, 2013.

                                    FOR THE COURT,

                                    JEFFREY P. COLWELL, Clerk

                                    By: s/ M.J. Garcia
                                          Deputy Clerk